UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE LOCAL 813 I.B.T.           JUDGMENT
INSURANCE TRUST FUND, et al.,             05-CV- 5628 (DLI)

                Plaintiffs,

-against-

TIFFANY CARTING CORP.,

                Defendant.
-----------------------------------------------------------------X

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 6, 2007, adopting the Report and Recommendation of Magistrate Judge James Orenstein, dated May 16, 2006, dismissing the action with prejudice and without costs to any party, but with leave to re-open if the settlement agreement the parties have agreed upon is not consummated and application for reinstatement is made within 60 days of this Order; it is

        ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge James Orenstein is adopted; and that judgment is hereby entered dismissing the action with prejudice and without costs to any party, but with leave to re-open if the settlement agreement the parties have agreed upon is not consummated and application for reinstatement is made within 60 days of this Order.


Dated: Brooklyn, New York
       June 07, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court